Frank REGULA, Plaintiff–Appellant,

v.

DELTA FAMILY–CARE DISABILITY SURVIVORSHIP PLAN, Defendant–Appellee.

No. 98–55853.

United States Court of Appeals, Ninth Circuit.

Jan. 20, 2004.

Lawrence D. Rohlfing, Esq., Rohlfing Law Firm, Santa Fe Springs, CA, for Plaintiff–Appellant.

Hunter R. Hughes, Esq., Rogers & Hardin, Atlanta, GA, for Defendant–Appellee.

Daly D.E. Temchine, Esq., Epstein, Becker and Green, Washington, DC, J. Christopher Collins, Esq., Unumprovident Corporation, Portland, ME, Mark E. Schmidke, Esq., Hoeppner Wagner & Evans LLP, Valparaiso, IN, for Amicus.

Before B. FLETCHER, D.W. NELSON, and BRUNETTI, Circuit Judges.

**ORDER**

In light of the Supreme Court's decision in *Black & Decker v. Nord,* 538 U.S. 822, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003), we vacate our opinion, 266 F.3d 1130 (9th Cir.2001), and reinstate the judgment of the district court.